CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

MIRNA EL HAZIN
elhazinattorney@gmail.com
LAW OFFICE OF EL HAZIN & ASSOCIATES
3732 12th Street
Riverside, CA 92501
Telephone: (951) 684-8482
Facsimile: (951) 684-8485
Attorney for Defendants
Alexander Holguin Marquez and Supreme Auto Center Inc.

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER HOLGUIN MARQUEZ; SUPREME AUTO CENTER INC., a California Corporation; and Does 1-10,<br><br>Defendants. | Case: 5:18-CV-00916-JFW-KK<br><br>order on<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

## STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: Janauary 29, 2019          CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
Phyl Grace
Attorneys for Plaintiff

Dated: Janauary 29, 2019          LAW OFFICE OF EL HAZIN & ASSOCIATES

By: _____
Mirna El Hazin
Attorney for Defendants
Alexander Holguin Marquez and
Supreme Auto Center Inc.

IT IS SO ORDERED
DATED: 1/29/19          John F. Walt